FREDERICK RIPLEY, an Infant, etc., Appellant, v. GRAND TRUNK RAILWAY COMPANY OF CANADA and Others, Respondents.— Appeal dismissed, without

costs. upon stipulation filed.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.